Matthew L. Durham
Nevada Bar No. 10342
mld@paynefears.com
Chad D. Olsen
Nevada Bar No. 12060
cdo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LYNDON ROTH, individually; | Case No. 2:17-cv-02717-GMN-PAL |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT** |
| v. | |
| MARRIOTT VACATIONS WORLDWIDE CORPORATION, a Delaware Corporation; MARRIOTT RESORTS HOSPITALITY CORPORATION d.b.a. "Marriott Vacation Club International," a South Carolina Corporation; MARRIOTT RESORTS, TRAVEL COMPANY, INC. d.b.a. "Marriott Vacation Club International," a Delaware Corporation; DOES 1 through 100; and ROE ENTITIES A through Z, inclusive; | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Lyndon Roth ("Plaintiff") and Defendants Marriott Vacations Worldwide Corporation, Marriott Resorts Hospitality Corporation ("MRHC"), and Marriott Resorts, Travel Company, Inc. (collectively, "Defendants"), by and through their counsel of record, to dismiss, with prejudice, Plaintiff's complaint against Defendants, and each and every cause of action or claim for injury and/or damage therein, with each party to bear its own fees and costs.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD., SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

DATED: July 17, 2018                         PAUL PADDA LAW, PLLC

                                             By _____/s/ Joshua Y. Ang_____
                                               PAUL S. PADDA, NV Bar No. 10417
                                               JOSHUA Y. ANG, NV Bar No. 14026
                                               4240 West Flamingo Rd., St.e 220
                                               Las Vegas, NV 89103
                                               Tel. (702) 366-1888

                                               Attorneys for Plaintiff
                                               LYNDON ROTH

DATED: July 17, 2018                         PAYNE & FEARS LLP

                                             By _____/s/ Matthew L. Durham_____
                                               MATTHEW L. DURHAM, NV Bar No. 10342
                                               6385 S. Rainbow Blvd., Suite 220
                                               Las Vegas, Nevada 89118
                                               Telephone: (702) 851-0300

                                               Attorneys for Defendants
                                               Marriott Vacations Worldwide Corporation,
                                               Marriott Resorts Hospitality Corporation
                                               ("MRHC"), and Marriott Resorts, Travel
                                               Company, Inc.

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff Lyndon Roth dismisses with prejudice all claims against Defendants.   Each party will bear its own fees and costs.

Dated this __23__ day of July, 2018.       _____
                                           Gloria M. Navarro, Chief Judge
                                           UNITED STATES DISTRICT COURT

4819-6441-5341.2

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD., SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300